# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:08CV16

| | |
|---|---|
| DUSTIN DILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| SGT. JOHN FOX, individually and as ) | |
| deputy of the Jackson County ) | |
| Sheriff's Office; and JAMES M. ASHE,) | |
| individually and as Sheriff of ) | |
| Jackson County Sheriff's Office, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte* for recusal.

**IT IS, THEREFORE, ORDERED** that the undersigned hereby recuses himself from this matter, and the Clerk of Court is directed to reassign this case to another judge within this District.

Signed: November 7, 2008

Lacy H. Thornburg
United States District Judge