# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:08cv016

| | |
|---|---|
| DUSTIN DILLARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SGT. JOHN FOX, Individually )<br>and as Deputy of the Jackson )<br>County Sheriff's Office; and )<br>JAMES M. ASHE, Individually )<br>and as Sheriff of Jackson )<br>County, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On July 21, 2008, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before March 15, 2009. [Doc. 4 at 9]. On January 21, 2009, the Court entered an Amended Pretrial Order and Case Management Plan, requiring the filing of a Mediation Report within seven (7) days of the completion of the mediation. [Doc. 20 at 13]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report on or before **April 7, 2009** advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: March 30, 2009

Martin Reidinger
United States District Judge